UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ DIVISION

___AutoStore Technology AS_____

                    vs.                              Civil/Criminal Action No._____
___Ocado Group Plc. et al._____

### FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
_____AutoStore Technology AS_____
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

_10/01/2020_____                    _____
Date                                       Signature of Attorney or Litigant
                                           Counsel for _AutoStore Technology AS_____
                                           Craig C. Reilly VSB # 20942
                                           209 Madison St., Ste. 501
                                           Alexandria, VA 22314
                                           T: (703) 549-5354
Rev. 7/14/04                               F: (703) 549-5355
                                           E: craig.reilly@ccreillylaw.com